UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY W. MABRY,                              No. 09–12154

    Plaintiff,                              District Judge Stephen J. Murphy

v.                                           Magistrate Judge R. Steven Whalen

AMERIQUEST MORTGAGE COMPANY,
*et. al.*

    Defendants.
_____/

## ORDER

Pursuant to Fed.R.Civ.P. 26(d), Defendants' Motion for Protective Order [Docket #38] is GRANTED. Plaintiff's discovery requests to Defendants American Home Mortgage Servicing, Inc. ("AHMSI" and Deutsche Bank National Trust Company ("Deutsche Bank") are quashed. No further discovery requests shall be served under after the remaining parties to this lawsuit have held their conference under Fed.R.Civ.P. 26(f).

Within 21 days of the date of this Order, Plaintiff, who is proceeding *pro se*, shall meet with counsel for Defendants AHMSI and Deutsche Bank pursuant to Rule 26(f), and the parties shall prepare and file with this Court a joint report, including a proposed discovery plan as set forth in Rule 26(f)(3). The parties shall also make or arrange for the disclosures required by Rule 26(a)(1).

Plaintiff Larry M. Mabry and counsel for Defendants AHMSI and Deutsche Bank shall appear for a Rule 16 scheduling conference at the following time and place:

November 5, 2010, @ 10:00 a.m.

Chambers of the Honorable R. Steven Whalen
Room 673, Theodore Levin United States Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226


SO ORDERED.


            S/R. Steven Whalen
            R. STEVEN WHALEN
            UNITED STATES MAGISTRATE JUDGE

Dated: September 23, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 23, 2010.

            S/G. Wilson
            Judicial Assistant