UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY W. MABRY, JR.,

    Plaintiff(s),                            Case No. 09-cv-12154

v.                                        HONORABLE STEPHEN J. MURPHY, III

AMERIQUEST MORTGAGE CO., et al.,

    Defendant(s).

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated September 7, 2011, the complaint is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this 7th day of September.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT


                                                    BY: s/C. Cohron

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 7, 2011, by electronic and/or ordinary mail.

                                     s/Carol Cohron
                                     Case Manager